# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | Case No. 23-CR-00137-11 (CRC) |
| **v.** : | |
| : | |
| **ANTONIO TATE,** : | |
| : | |
| **Defendant.** : | |

## MOTION TO DISMISS PURSUANT TO GLOBAL PLEA AGREEMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to dismiss Count One of the March 12, 2024 Superseding Indictment [ECF No. 134] solely against Defendant Antonio Tate (hereafter, the "Defendant") pursuant to the parties' global plea agreement.

The Defendant is presently detained in Jacksonville, Florida in connection with a parallel case prosecuted by the United States Attorney's Office for the Middle District of Florida—*United States v. Trevor Wright, et al.*, 23-cr-17-HES-PDB-3.   On March 26, 2024, the Defendant entered a global plea whereby he plead guilty to the Indictment in case number 23-cr-17-HES-PDB-3.   As part of the agreement, the United States Attorney's Office for the District of Columbia agreed to dismiss at the time of sentencing all charges against the Defendant in the instant matter—to wit, Count One of the Superseding Indictment.

On September 25, 2024, the Defendant was sentenced in the Middle District of Florida. Pursuant to the global plea agreement, the United States now moves for dismissal of Count One of the Superseding Information in the instant matter as to just this Defendant.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:  */s/ Sitara Witanachchi*
SITARA WITANACHCHI
D.C. Bar Number 1023007
ANDREA DUVALL
AR Bar No. 2013114
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20001
(202) 252-2420
Sitara.Witanachchi@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on September 26, 2024.


By:   */s/ Sitara Witanachchi*
Sitara Witanachchi
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Case No. 23-CR-00137-11 (CRC) |
| **v.** | : | |
| | : | |
| **ANTONIO TATE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Government's Motion to Dismiss Pursuant to Global Plea Agreement [ECF No. 219] (hereafter, the "Motion"), and for good cause shown, it is this _____ day of _____, 2024,

**ORDERED** that the Government's Motion is GRANTED; and it is further

**ORDERED** that Count One of the March 12, 2024 Superseding Indictment [ECF No. 134] is dismissed against just this defendant, Antonio Tate.

**SO ORDERED.**

_____
HONORABLE CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE